IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **THOMAS CURTIS HINES,** | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 16-461-CG-N |
| **JUSTICE WISE, et al.,** | : | |
| Defendants. | : | |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that, prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), the claims against defendants Joseph Thetford, Phillipe L. Hughes, Judge Braxton Kittrell, Judge Bowen, and Glenn L. Davidson be **DISMISSED** with prejudice as frivolous.

It is further **ORDERED** that, prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), that the claims against defendants Luther Strange, Madeline Lewis, Judge John Lockett, Ashley Rich, John Tason, Chris Galano, Mobile County Circuit Court, Kim Thomas, Cynthia White, Stan Dean, Bridgett Tyner, Anette Coleman, Department of Corrections Central Record Division, Cynthia Brown, Lauren Philyaw, Vivian McQueen, Michael Hoffman, Cynthia S. Dillard, Eddie Cook, Jr., Robert D. Oakes, William Wynn, Robert P. Longshore, Yilinda Weatherly, and Justices Wise, Shaw, Main, Moore, Parker, Bolin, Cobb,

2

Lyons, Stuart, Murdock, and Welch be dismissed without prejudice for failure to state a claim upon which relief can be granted.

**DONE** and **ORDERED** this 11th day of January 2017.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE